UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CPX INTERACTIVE LLC,<br><br>                           Petitioner,<br><br>    -against-<br><br>EMX DIGITAL, LLC,<br><br>                           Respondent. | 23-CV-487 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

       In light of Respondent EMX Digital, LLC's pending bankruptcy proceedings, this case is hereby **STAYED**. The parties are directed to file rolling status reports as to the bankruptcy proceedings every **sixty days**.

**SO ORDERED.**

Dated:  March 1, 2023
            New York, New York

                                                           **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**