UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CPX INTERACTIVE LLC,<br><br>       Petitioner,<br><br> -against-<br><br>EMX DIGITAL, LLC,<br><br>       Respondent. | 23-CV-487 (ALC)<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

 Petitioner is directed to file a status report by **October 27, 2023.**

**SO ORDERED.**

Dated: October 12, 2023
    New York, New York

                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**