**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
: 
**CPX INTERACTIVE LLC,** :
:
               **Plaintiff,** :
:    **1:23-cv-00487 (ALC)**
     -against- :
:    **ORDER**
**EMX DIGITAL, LLC,** :
:
             **Defendant.** :
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

    Per the Court's March 1, 2023 Order, ECF No. 12, the parties shall submit a joint status report by January 20, 2025 on the status of the bankruptcy proceedings.

**SO ORDERED.**

**Dated:  January 13, 2025**
          **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**