UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
   CPX INTERACTIVE LLC,

                              **Plaintiff,**

                 -against-                       1:23-cv-00487 (ALC)

   EMX DIGITAL, LLC,                         **ORDER**

                             **Defendant.**
------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The parties should submit a joint status report by **July 16, 2025**, informing the Court as to the next steps in this matter, or whether the case may be closed.

**SO ORDERED.**

**Dated:**   **July 9, 2025**
                **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**