UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
:
CPX INTERACTIVE LLC, :
:
:
Plaintiff, :
: 1:23-cv-00487 (ALC)
-against- :
: **ORDER**
:
EMX DIGITAL, LLC, :
:
Defendant. :
:
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff shall submit a status report by **August 14, 2025**, informing the Court as to the next steps in this matter, or whether the case may be closed. Failure to respond may result in the dismissal of the above-captioned case for failure to prosecute.

**SO ORDERED.**

Dated:   July 31, 2025
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**